# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDRICK SCOTT LEVINE and DOUGLAS W. MURPHY, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC; and VOLVO CAR USA, LLC,<br><br>Defendants. | Civil Action No. 2:19-cv-19821 (CCC)(JBC)<br><br>ECF Case |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Fredrick Scott Levine and Douglas W. Murphy hereby give notice that the above captioned action is voluntarily dismissed against the Defendants Volvo Cars of North America, LLC and Volvo Car USA, LLC.

This dismissal shall have no impact on any other actions currently pending in this District.

Dated: June 15, 2022                     Respectfully submitted,

                                         **LOWEY DANNENBERG, P.C.**

                                         By: /s/ *Anthony M. Christina*
                                             David Harrison (admitted *pro hac vice*)
                                             Anthony M. Christina (NJ ID# 196262016)

1

One North Broadway, Suite 509
White Plains, NY 10601-2301
Tel: (914) 997-0500
Fax: (914) 997-0035
dharrison@lowey.com
achristina@lowey.com

**SHAPIRO HABER & URMY LLP**
Edward F. Haber (admitted *pro hac vice*)
Patrick J. Vallely (admitted *pro hac vice*)
Seaport East
Two Seaport Lane, Floor 6
Boston, MA 02210
Telephone:   (617) 439-3939
Facsimile:   (617) 439-0134
Email:          ehaber@shulaw.com
                    pvallely@shulaw.com

*Counsel for Plaintiffs Fredrick Scott Levine and Douglas W. Murphy*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:     6/21/2022

2